# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Douglas Weiner
Matthew Kadushin
Denise Schulman
Josef Nussbaum

The Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279
Phone 212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

January 8, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-9-15

1/9/2015

*The application is DENIED*
*So ordered*

*Paul A Crotty*
*USDJ*

**VIA ECF AND REGULAR MAIL**

Honorable Paul A. Crotty, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11-D
New York, NY 10007-1312

Re:   *Encalada, et al v. Magliulo,* 13 Civ. 1926 (PAC)

Dear Judge Crotty,

We represent Plaintiffs in the above-captioned matter. We write, pursuant to the Court's Summary Order filed earlier today, to respectfully request that (a) Your Honor enter an Order and Judgment entitling Plaintiffs to damages in the amount of $900,621.05, and (b) that that Order be transmitted to Judgment and Orders Clerk. (Attached hereto as "Exhibit A" is a proposed Order for the entry of judgment.)

Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

  s/Josef Nussbaum/
Josef Nussbaum
Matthew Kadushin
Maimon Kirschenbaum

cc: Richard Ziskin, Esq.     (via e-mail)