UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIS ENCALADA, FLORINEL AILINCA,
ALJANDRO ANGELES, BENJAMIN
GUTIERREZ, JUNIOR PENA, MOISES
PEREZ, KAREEN SANCHEZ, FEDERICO
SCARRO, RADOLFO TELES and ANGELICA
VELAZQUEZ,

                       Plaintiffs,

     -against-

ANTONIO MAGLIULO,

                       Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2015

13 **CIVIL** 1926 (PAC)

**JUDGMENT**

Whereas on November 6, 2014, at the conclusion of a three day bench trial, the Court having ruled that Defendant Antonio Magliulo violated both the Fair Labor Stanards Act ("FLSA") and the New York Labor Law ("NYLL"); by Summary Order dated January 8, 2015, the Court having approved Plaintiffs' damages calculation of $900,621.04; on February 9, 2015, Plaintiffs' counsel, Joseph & Kirschenbaum LLC, having submitted its proposed calculation, seeking $272,885 in attorney fees, $35,195 in paralegal fees and legal assistant fees, and $20,692.18 in costs; Defendant having objected to the calculation on February 23, 2015, and the matter having come before the Honorable Paul A. Crotty, United States District Judge, and the Court, on March 26, 2015, having issued its Summary Order awarding $242,822.50 in fees and $20,692.18 in costs to Joseph & Kirschenbaum LLC, that pursuant to the Court's January 8, 2015 order, awarding Plaintiff Moises Perez $192,996.97; awarding Plaintiff Alejandro Angeles $141,566.06; awarding Plaintiff Luis Encalada $130,625.16; awarding Plaintiff Federico Scarro $114,865.35; awarding Plaintiff Florinel Ailinca $88,018.42; awarding Plaintiff Junior Pena $76,306.66; awarding Plaintiff Radolfo Teles $75,709.39; awarding Plaintiff Benjamin Gutierrez $70,533.04; awarding Plaintiff Kareen Sanchez

$5,000.00; and awarding Plaintiff Angelica Velazquez $5,000.00, and directing the Clerk of the Court to enter judgment against Defendant in the amount of $ 1,164,135.72, and to close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Summary Orders dated January 8, 2015 and March 26, 2015, the Court awards $242,822.50 in fees and $20,692.18 in costs to Joseph & Kirschenbaum LLC; Plaintiff Moises Perez is awarded $192,996.97; Plaintiff Alejandro Angeles is awarded $141,566.06; Plaintiff Luis Encalada is awarded $130,625.16; Plaintiff Federico Scarro is awarded $114,865.34; Plaintiff Florinel Ailinca is awarded $88,018.42; Plaintiff Junior Pena is awarded $76,306.66; Plaintiff Radolfo Teles is awarded $75,709.39; Plaintiff Benjamin Gutierrez is awarded $70,533.04; Plaintiff Kareen Sanchez is awarded $5,000.00; and Plaintiff Angelica Velazquez is awarded $5,000.00; accordingly, judgment is entered against Defendant in the total amount of $1,164,135.72, and the case is closed.

**DATED:** New York, New York
March 31, 2015

                                                    **RUBY J. KRAJICK**
                                                    Clerk of Court

BY: _____
                                                          Deputy Clerk

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON** _____